IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DEBORAH LAUFER, Individually,

Plaintiff,

vs.

CASE NO. 1:19-cv-00326-AW-GRJ

PIRATES' BAY COMMUNITY ASSOCIATION, INC., d/b/a PIRATES' BAY GUEST CHAMBERS AND MARINA,

Defendant.

---

**STIPULATION OF THE PARTIES REGARDING VOLUNTARY DISMISSAL WITH PREJUDICE**

---

Plaintiff, DEBORAH LAUFER, and Defendant, PIRATES' BAY COMMUNITY ASSOCIATION, INC. (improperly named in the Complaint as "d/b/a PIRATES' BAY GUEST CHAMBERS AND MARINA") through undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby stipulate and state:

1. Plaintiff and Defendant agree and stipulate to Plaintiff's voluntary dismissal of this action with prejudice.

2. Each party will bear its own costs and attorney's fees incurred in relation to this action.

3. The parties therefore request the Court enter an Order dismissing this case with prejudice in accordance with the terms of this Stipulation.

Respectfully Submitted this 5th day of June 2020

*s/Philip Michael Cullen, III*
Philip Michael Cullen, III (FBN 167853)
Attorney at Law -- Chartered
CULLENIII@aol.com
621 South Federal Highway
Suite Four
Ft. Lauderdale, FL 33301
Telephone: (954) 462-0600
Facsimile: (954) 462-1717
***Attorney for Plaintiff***

**CARR ALLISON**
305 South Gadsden Street
Tallahassee, Florida 32301
T: (850) 222-2107
F: (850) 222-8475
E1: eburgess@carrallison.com
E2: kscarpone@carrallison.com
E3: lkustel@carrallison.com

*/s/ Elizabeth Burgess*
Elizabeth Burgess ◆ FBN 013313
Kayla M. Scarpone ◆ FBN 0113606
***Attorneys for Defendant***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed on the 5th day of June 2020. I also certify the foregoing document is being served on this day to Phillip Michael Cullen III, Chartered, (CullenIII@aol.com); 621 South Federal Highway, Suite Four, Fort Lauderdale, Florida 33301 in the manner specified, either via Transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail for those

counsel or parties who are not authorized to receive electronically filed pleadings in this action.

*/s/ Elizabeth Burgess*
Elizabeth Burgess ◆ FBN 013313
Kayla M. Scarpone ◆ FBN 0113606
*Attorneys for Defendant*