# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**DEBORAH LAUFER,**

    **Plaintiff,**

**v.**                                                          **Case No. 1:19-cv-326-AW-GRJ**

**PIRATES' BAY COMMUNITY**
**ASSOCIATION, INC., d/b/a**
**PIRATES' BAY GUEST CHAMBERS**
**AND MARINA,**

    **Defendant.**

_____/

## ORDER CLOSING THE FILE

The parties have filed a joint stipulation of voluntary dismissal with prejudice. ECF No. 24. The stipulation is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012). This order confirms that the case has been dismissed. The clerk will close the file.

SO ORDERED on June 8, 2020.

                                                                   s/ *Allen Winsor*
                                                                   United States District Judge